UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMALL S. BAKER,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>STATE OF WASHINGTON DEPARTMENT OF CORRECTIONS, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 3:24-CV-5893-JLR-DWC<br><br>ORDER GRANTING EXTENSION OF TIME |

Plaintiff Jamall S. Baker, proceeding *pro se* and *in forma pauperis*, filed this civil rights action under 42 U.S.C. § 1983. On December 5, 2024, the Court screened Plaintiff's Complaint. Dkt. 6 (Order Declining to Serve Complaint). The Court declined to serve the Complaint due to identified deficiencies and directed Plaintiff to file an amended complaint on or before January 6, 2025. *Id*. On January 3, 2025, Plaintiff filed a Motion requesting an extension of time to cure the deficiencies of his Complaint. Dkt. 7. Plaintiff states he needs additional time to file an amended complaint because the law library system is not working. *Id*.

While Plaintiff does not need to cite the law in his amended complaint, the Court finds the requested extension is appropriate. Therefore, after considering the relevant record, the Court

ORDER GRANTING EXTENSION OF TIME - 1

1  grants Plaintiff's Motion (Dkt. 7) as follows: Plaintiff shall have until **January 24, 2025**, to
2  respond to the Order Declining to Serve Complaint.
3      If Plaintiff fails to file an amended complaint or otherwise respond to the Order to File
4  Amended Complaint by January 24, 2025, the Court may recommend dismissal of this action.
5      Dated this 6th day of January, 2025.

                                                David W. Christel
                                                United States Magistrate Judge