UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMALL S. BAKER,<br><br>                Plaintiff,<br><br>    v.<br><br>STATE OF WASHINGTON DEPARTMENT OF CORRECTIONS, et al.,<br><br>                Defendant. | CASE NO. 3:24-CV-5893-JLR-DWC<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The court, having reviewed Plaintiff's Amended Complaint, the Report and Recommendation of Magistrate Judge David W. Christel, and the remaining record, hereby finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation (Dkt. # 10).

(2) Plaintiff has failed to state a claim upon which relief can be granted as to any federal claim raised in his Amended Complaint. Therefore, the court declines to exercise supplemental jurisdiction over Plaintiff's state law claim. The Amended Complaint is DISMISSED without prejudice and this case is closed. This dismissal constitutes a "strike" under 28 U.S.C. § 1915(g).

(3) The Clerk is DIRECTED to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. David W. Christel.

**DATED** this 28th day of February, 2025.

                                                  JAMES L. ROBART
                                                United States District Judge